RANKIN, appellant, *v.* CAMPBELL et al., respondents.

PRACTICE—*verbal stipulation.* This court will not consider a verbal stipulation between the attorneys of the parties.

*Appeal from the Third District, Meagher County.*

THIS action was tried in the district court by SYMES, J. The decision of the court renders unnecessary a report of the facts and arguments.

CHUMASERO & CHADWICK, for appellant.

SHOBER & LOWRY, for respondents.

WARREN, C. J.  In this case there is no statement on motion for a new trial or on appeal.  The affidavits presented, relating to a verbal stipulation between the attorneys of the parties, cannot be considered in this court, and the judgment roll disclosing none of the errors assigned, the judgment below is affirmed.

*Judgment affirmed.*